**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

GARY FOLLER MINTON,

    Plaintiff,                                       Case No. 3:15-cv-366

    vs.

COMMISSIONER OF                          District Judge Thomas M. Rose
SOCIAL SECURITY,                        Magistrate Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 12)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on May 3, 2016 (Doc. #12) is **ADOPTED** in full;

2. The Commissioner's unopposed motion for summary judgment (Doc. #7) is **GRANTED**;

3. *Pro se* Plaintiff's request for a Sentence Six remand (Doc. #6) is **DENIED**; and

    4.    This case is terminated on the docket of this Court.

Date May 24, 2016                                      THOMAS M. ROSE

                                                            _____
                                                                  THOMAS M. ROSE
                                                          UNITED STATES DISTRICT JUDGE